UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WANTANA HENSLEY,

Petitioner,

v.

JOSEPH B. EDLOW, et al.,

Respondents.
_______________________________/

Case No. 2:26-cv-12597

HONORABLE STEPHEN J. MURPHY, III

## STIPULATED ORDER DISMISSING CASE WITHOUT PREJUDICE

Based on the stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is voluntarily dismissed without prejudice. Each party shall bear their own costs and attorney fees.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 30, 2026

So stipulated and agreed:

| | |
|---|---|
| By: /s/ Julian M. Daman<br><br>Julian M. Daman (P82746)<br>Jajonie Daman P.C.<br>Attorney for Plaintiff<br>29201 Telegraph Road, Ste. 330<br>Southfield, MI 48034<br>(248) 327-6968<br>jdaman@damanlaw.com | By: /s/ Jennifer L. Newby<br><br>Jennifer L. Newby (P68891)<br>Assistant United States Attorney<br>Attorneys for Defendants<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226<br>(313) 226-0295<br>Jennifer.Newby@usdoj.gov |